# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

Melissa Reynolds

MAGISTRATE JUDGE: __Cathy . L. Waldor__

MAGISTRATE NO.: __18-7038-1__

DATE OF PROCEEDINGS: __3/20/18__

DATE OF ARREST: __3/20/18__

PROCEEDINGS: __Initial__

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD __ CJA
(✓) WAIVER OF HRG.: ✓ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: 250,000.00
    (✓) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
( ) DETENTION / BAIL HRG.              DATE: _____
( ) TRIAL: __ COURT __ JURY            DATE: _____
( ) SENTENCING                         DATE: _____
( ) OTHER: _____              DATE: _____

APPEARANCES:

AUSA __Anthony Moscato__

DEFT. COUNSEL __Lisa Mack__

PROBATION _____

INTERPRETER __NA__
  1. Language: ( NA )

Time Commenced: __3:11 pm__
Time Terminated: __3:18 pm__
CD No: __ECR__

__Tim Gorman__
DEPUTY CLERK