UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Magistrate No. 18-7038 (CLW) |
| MELISSA REYNOLDS,<br>  a/k/a "Melissa Shawn<br>  Reynolds-Herod,"<br>  a/k/a "Melissa James"<br>GERMAINE KING,<br>HENRY GRADY JAMES IV,<br>ARTHUR N. MARTIN, III<br>DANIEL K. DXRAMS,<br>  a/k/a "Daniel Kusi,"<br>  a/k/a "Danny D. Dxrams,"<br>  a/k/a "Randy N. Amoateng" | :<br>:<br>:<br>:<br>: | |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Lakshmi Srinivasan Herman, (Lakshmi.herman@USDOJ.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

                                                    CRAIG CARPENITO
                                                    United States Attorney

                                                    <u>/s/ Lakshmi Srinivasan Herman</u>

                                        By:  Lakshmi Srinivasan Herman
                                                      Assistant U.S. Attorney

Dated:  November 15, 2018