```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

## MINUTES OF PROCEEDINGS

NEWARK                                              **NOVEMBER 14, 2018**

**JUDGE**: HON.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                               Cr: 18-687(WHW)

USA v. MELISSA REYNOLDS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Robert J. DeGroot, Esq.

**Nature of proceedings**: PLEA HEARING

Defendant sworn.
Factual basis read.
Defendant plead guilty to one count of the Information.
Court accepts plea.
Information filed.
Waiver of Indictment filed.
Rule 11 filed.
Plea Agreement filed.
Sentence set for February 19, 2019 at 10:00 am.


                                         Elisaveta Kalluci
                                         Courtroom Deputy Clerk



Time Commenced: 1:15PM
Time Adjourned: 2:00PM