**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE**: 12/18/19
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 18-687

UNITED STATES OF AMERICA
        vs.

Melissa Reynolds

**APPEARANCES:**

Anthony Moscato, AUSA
Lakshmi Herman, AUSA
Robert DeGroot, Esq. for Defendant
Oleg Nekritin, Esq. for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**: SENTENCING ON Count One

Imprisonment – 1 year and 1 day
Supervised Release – 5 years
Special conditions: new debt restrictions, financial disclosure, supporting dependents, etc.
Restitution: $587,080.99 interest waived
Forfeiture: $ 548,242.00
Special Assessment - $100.00 due immediately.
Defendant advised of right to appeal.
Fine waived.
Recommendation to a FCI camp as close to the defendant's residence as possible.
Defendant to self-surrender upon designation.


**Time Commenced: 11:00**
**Time Adjourned: 12:30**
**Total Time: 1:30**

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY