# THE ANTHONY POPE LAW FIRM, P.C.
### ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

**ANTHONY POPE, ESQ.**
apope@apopefirm.com

*Certified by the Supreme Court of
New Jersey as a Civil & Criminal Trial Attorney*

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
**New Jersey Office**

July 16, 2020

Hon. John Michael Vazquez, U.S.D.C.J.
50 Walnut St.
Newark, NJ 07102

> **Re: United States v. Melissa Reynolds**
> **Docket No.: 2:18-cr-00687**

Dear Judge Vazquez,

This firm represents Ms. Reynolds, the Defendant in the above captioned matter. I was able to speak to the U.S. Attorney, Ms. Joyce Malliet, this morning. It appears the information we originally received about my client's continued cooperation was not completely accurate and the original extension date for my client's surrender (April 30, 2021) was a typographical error. However, we still respectfully request that the Court consider my client's continued employment of training military nurses during this ongoing COVID pandemic, as well as the rest of our arguments, in our motion to extend the surrender date of July 31.

We humbly apologize to the Court for this error. The information we had submitted was done so in good faith.

1

Respectfully submitted,
THE ANTHONY POPE LAW FIRM, P.C.

_____
ANTHONY POPE, ESQ.

CC: Joyce Malliet, A.U.S.A.