# THE ANTHONY POPE LAW FIRM, P.C.
ATTORNEYS AT LAW

| | |
|---|---|
| NEW JERSEY OFFICE<br>60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 | NEW YORK OFFICE<br>275 MADISON AVE.<br>35TH FLOOR<br>NEW YORK, NY 10016 |
| TEL: (973) 344-4406<br>FAX: (973) 344-3201<br>www.anthonypopelawfirm.com | TEL: (212) 905-4900<br>FAX: (973) 344-3201 |
| ANTHONY POPE, ESQ.<br>apope@apopefirm.com | **PLEASE REPLY TO:**<br>**New Jersey Office** |

*Certified by the Supreme Court of
New Jersey as a Civil & Criminal Trial Attorney*

July 17, 2020

Hon. John Michael Vazquez, U.S.D.C.J.
50 Walnut St.
Newark, NJ 07102

**Re: United States v. Melissa Reynolds**
**Docket No.: 2:18-cr-00687**

Dear Judge Vazquez,

Please accept this as an amendment to our previous submission. In light of our correction to our previous submission, we request that if the Court grants our motion to extend our client's surrender date, that this date be extended until the Spring of 2021. Thank you for your consideration.

Respectfully submitted,
THE ANTHONY POPE LAW FIRM, P.C.

ANTHONY POPE, ESQ.

CC: Joyce Malliet, A.U.S.A.

1