# THE ANTHONY POPE LAW FIRM, P.C.

ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
**New Jersey Office**

**ANTHONY POPE, ESQ.**
apope@apopefirm.com

*Certified by the Supreme Court of*
*New Jersey as a Civil & Criminal Trial Attorney*

July 24, 2020

**Via E-File and Electronic Mail**
The Honorable John Michael Vazquez
United States District Judge
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

Re:   United States v. Melissa Reynolds, a/k/a "Melissa Shawn Reynolds,"
      a/k/a/ "Melissa James" (Crim. No. 18-687)

Dear Judge Vasquez:

Please accept this letter in lieu of a more formal submission in reply to the Government's response to Defendant's Motion. Ms. Reynolds is requesting that her surrender date be extended due to her role training nurses for COVID-19 and her family circumstances.

Without belaboring the arguments already made in the previous submission, the Defense finds it necessary to address the Government on a few of the points it made in its opposition. The first being that the Government cited New Jersey regulations for Ms. Reynolds' nursing license. Ms. Reynolds works in New York and maintains a New York nursing license, so her licensure status in New Jersey is irrelevant. A search of the license verification database shows that her New York license is unencumbered and expires July 31, 2022. Please see Exhibit A.

The Government also mischaracterizes Ms. Reynolds' position of that as a nurse specifically trained and assigned to train "surge nurses" in fighting the COVID pandemic. The fact that a hospital employs 8,000 nurses is of no moment. Hospitals still have other areas, such as labor and delivery, where nurses are assigned and specifically trained for that service. Not every nurse is trained and assigned to treat COVID-19 patients, notwithstanding the influx of military nurses who require such specialized training. The Government has not provided the amount of nurses specifically trained to train surge nurses, and considering the current situation and the expectation of a second wave in the fall, Ms. Reynolds is exceptionally qualified to train surge nurses. Once again, please see Exhibit B, the letter from Ms. Reynolds' employer, who specifically states Ms. Reynolds' importance as an educator of surge nurses. The Government presently seeking to incarcerate Ms. Reynolds for five and a half months, with Ms. Reynolds being no immediate threat to the community, is belied by Ms. Reynolds' tremendous assistance to the community. This illustrates the lack of prioritization of public health needs that has contributed to the recent resurgence of COVID cases. One of the goals of the justice system is to rehabilitate those that have committed crimes and it often uses community service as a tool of such rehabilitation. There is no better service to her community that Ms. Reynolds could contribute other than continuing to go to work as a nurse qualified to train other nurses in fighting and giving care to those affected by this extraordinary pandemic!

The Government also notes that Ms. Reynolds' mother-in-law's surgery was minimally invasive but does not explain how or why that is relevant. The surgery was a microdiscectomy, which is essentially removing a piece of a herniated disc to relieve pressure on the spinal nerve column. Regardless of invasiveness, the surgery is literally removing a piece of someone's spine, and the Government forgets that there are physically debilitating ailments which cause the need

for these types of surgery, and the Government also assumes that the surgery was a success without any long-term nerve damage caused by the spinal pressure necessitating the surgery.

The Government also argues that Defendant had more than ample time to make arrangements since her December sentencing date. At that time, no one expected for New Jersey to be locked down beginning in March, no one had heard of social distancing, and no one expected for kids to be home from school or to be working from home. We are now in a world where we are told to limit the amount of people with whom we come into contact. To have a care arrangement with multiple people only exposes Ms. Reynolds' mother-in-law to greater health risks. Ms. Reynolds has been her caregiver and is a registered nurse.

### Conclusion

For these reasons, the Defense respectfully requests Ms. Reynolds' surrender date be adjourned to April 30, 2021.

Respectfully submitted,<br>
THE ANTHONY POPE LAW FIRM, P.C.

Anthony Pope, Esq.

CC: Joyce Malliet, AUSA