

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

July 9, 2025

**VIA ELECTRONIC MAIL**
The Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

Re: <u>United States v. Melissa Reynolds, a/k/a "Melissa Shawn Reynolds," a/k/a "Melissa James"</u>  (Crim. No. 18-687)

Dear Judge Farbiarz:

Please accept this correspondence to provide an update on the violation of supervised release petition in this matter, as requested.

According to the New Jersey Deputy Attorney General (Office of the Insurance Fraud Prosecutor) handling the case, a motion to dismiss was filed on behalf of Ms. Reynolds on June 29, 2025, the evening before the previously scheduled June 30, 2025 status conference for either a plea or trial date.  On June 30th, New Jersey Superior Court Judge Christopher F. Struben entered a briefing schedule, and the motion was scheduled for hearing on August 12, 2025.  The United States will follow up with the Deputy Attorney General thereafter, and will provide any further updates to Your Honor.

Respectfully submitted,

ALINA HABBA
UNITED STATES ATTORNEY

*/s/ Joyce M. Malliet*

By: _____
    Joyce M. Malliet
    Assistant U.S. Attorney